JUDGE CASTEL

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

24 CV 03184

DOC #

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> BZJHFGAFTAFHA, CHANGXIKEJI, GDGDGGFDGGD, HUOZHOUSHILANQIMAOYIDIAN, JIA-YYAUS, KUNMINGSUOLIANYUANSHANGMAOYOUXIA NGONGSI, LIUYANGYANGKUAJING, LUGAOSHA, MAIERDANYINJIAPU, PANLONGQUGUAIRONGBAIHUOSHANGHANG, VITERRANY, WANGZHICHENGO, WEILINGXIAYINGZEQU, WPIHK, XIUZIZHONG, XUMAOCHANGSHUANGTAXIJIE, YANGHESONG, YANJUN SHOP and 塘锦商贸 a/k/a TANGJIN TRADING, <br><br> *Defendants* | MISCELLANEOUS ACTION <br> No. 24-mc-195 <br><br> [PROPOSED] <br> ORDER TEMPORARILY <br> SEALING FILE <br><br> FILED UNDER SEAL |

On this day, the Court considered Plaintiffs' Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiffs' Complaint and exhibits attached thereto and Plaintiffs' *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Robert Miller and Gabriela N. Nastasi and exhibits attached thereto under seal until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiffs with certified copies of any orders entered in this matter while under seal.

SIGNED this 24 day of April, 2024, at 10:59 A.m.

_____
UNITED STATES DISTRICT JUDGE

Part I

1