

September 18, 2024

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> File any default motion no later than October 25, 2024.
> Conference adjourned to December 9, 2024 at 10am.
> Dial-In No.:  1-888-363-4749, Access Code:  3667981.
> SO ORDERED.
> Dated:  9/19/2024
>
> _____
> P. Kevin Castel
> United States District Judge

　　　　Re:　*Moonbug Entertainment Limited, et al. v. bzjhfgaftafha, et al.*
　　　　　　**Case No. 24-cv-3184 (PKC)**
　　　　　　<u>**Status Letter and Request to Indefinitely Adjourn**</u>
　　　　　　<u>**September 25, 2024 Conference**</u>

Dear Judge Castel,

　　　　We represent Moonbug Entertainment Limited and Treasure Studio Inc. ("Plaintiffs"), in the above-referenced matter (the "Action").[1] On May 15, 2024, the Court scheduled the next conference in this Action for September 25, 2024 at 2:00 p.m. ("September 25, 2024 Conference"). For the reasons set forth below – namely that all remaining Defendants are currently in default – Plaintiffs respectfully request that the Court indefinitely adjourn the September 25, 2024 Conference and allow Plaintiffs to move for default judgment against the remaining Defendants as detailed below.

　　　　On May 9, 2024, Plaintiffs served the Summons, Complaint, TRO and all documents filed in support of Plaintiffs' Application on Defendants pursuant to the methods of alternative service authorized by the TRO. As such, all Defendants should have filed Answers or Rule 12 Motions on or before May 30, 2024. To date, Defendants have neither filed with the Court nor served upon Plaintiffs any Answers or Rule 12 Motions, and all of the Defendants have defaulted. Therefore, Plaintiffs did not seek Defendants' consent to their request for an adjournment of the September 25, 2024 Conference. Further, this is Plaintiffs' first request for an adjournment. Accordingly, Plaintiffs respectfully request that the Court 1) indefinitely adjourn the September 25, 2024 Conference; and 2) allow Plaintiffs to move for default judgment against the remaining Defendants by no later than October 25, 2024.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiffs' Complaint or Application.

Hon. P. Kevin Castel
September 18, 2024
Page **2** of **2**

    We thank the Court for its time and attention to this matter.

                            Respectfully submitted,

                            **EPSTEIN DRANGEL LLP**

                            BY: /s/ Gabriela N. Nastasi
                            Gabriela N. Nastasi
                            gnastasi@ipcounselors.com
                            60 East 42nd Street, Suite 1250
                            New York, NY 10165
                            Telephone: (212) 292-5390
                            Facsimile: (212) 292-5391
                            *Attorneys for Plaintiffs*

